# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**REALTY EXECUTIVES INTERNATIONAL, INC.,**
    Plaintiff,

v.          Case No. 07C250

**MIDTOWN REALTY LLC and JOCELYN BECKHAM,**
    Defendants.

## MEMORANDUM

Plaintiff Realty Executives International, Inc., brought this action against defendants Midtown Realty LLC and Jocelyn Beckham alleging trademark infringement and other related claims. On August 14, 2007, plaintiff filed a motion for summary judgment. Court records indicate that plaintiff served the motion upon defendants by mail and email on the same date. Defendants' response to that motion was therefore due on September 13, 2007, pursuant to Civil Local Rule 7.1 (E.D. Wis.).

Defendants, as of today, have not yet filed any response to plaintiff's motion. I will allow defendants additional time to file a response. Defendants are advised that if they fail to file a response by **November 14, 2007** I may enter judgment against them. Fed. R. Civ. P. 56(e).

Dated at Milwaukee, Wisconsin this 30 day of October, 2007.

                                      /s
                                      LYNN ADELMAN
                                      District Judge